1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TECHNOLOGY LICENSING COMPANY, INC., | Case No. CV 09-04453 EMC |
|---|---|
| Plaintiff, | [~~PROP~~OSED] ORDER (1) GRANTING EXTENSION OF TIME FOR CURTIS INTERNATIONAL LTD. TO RESPOND TO THE COMPLAINT AND; (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| CURTIS INTERNATIONAL LTD., | |
| Defendant. | |

1  Having read the parties' concurrently filed Stipulation, and good cause appearing,

2  IT IS HEREBY ORDERED that:

3  1. Curtis International Ltd. may respond to the complaint on or before November 30,

4  2009; and

5  2. The Initial Case Management Conference currently scheduled for January 6, 2010,

6  is continued to _____2/3_____ 2010, at ___1:30 p.m.___.

7

8  Dated: ___11/12___, 2009

9  _____
    Honorable Edward M. Chen
10  United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING EXTENSIONS
Case No. CV 09-04453 EMC

1