UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CURTIS INTERNATIONAL LTD., <br><br> Defendant. | Case No. CV 09-04453 SI <br><br> *[PROPOSED]* ORDER GRANTING MISCELLANEOUS ADMINSTRATIVE REQUEST FOR DEFENDANT CURTIS INTERNATIONAL LTD.'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| CURTIS INTERNATIONAL LTD., <br><br> Counterclaimant, <br><br> v. <br><br> TECHNOLOGY LICENSING COMPANY, INC., <br><br> Counter-defendant. | Date: February 19, 2010 <br> Time: 2:30 p.m. <br> Ctrm: Courtroom 10, 19th Floor <br> Hon. Susan Illston |

1 | Defendant Curtis International Ltd.'s request for its counsel to appear by telephone
2 | for the Case Management Conference scheduled for February 19, 2010, at 2:30 p.m. is
3 | hereby granted.
4 | IT IS SO ORDERED:
5 |
6 | Dated: _____, 2010
7 | _____
Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE REQUEST
Case No. CV 09-04453 SI