1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

| 12  TECHNOLOGY LICENSING COMPANY, INC., | Case No. CV 09-04453 SI |
| 13 | |
| 14        Plaintiff, | *[PROPOSED]* ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| 15    v. | |
| CURTIS INTERNATIONAL LTD., | |
| 16 | |
| 17        Defendant. | |
| 18  CURTIS INTERNATIONAL LTD., | |
| 19        Counterclaimant, | |
| 20    v. | |
| 21  TECHNOLOGY LICENSING COMPANY, INC., | |
| 22 | |
| 23        Counter-defendant. | |

24

25

26

27

28

1          Pursuant to the Stipulation of the parties and upon good cause shown:

2    IT IS HEREBY ORDERED that the Case Management Conference is continued to ___4/30/10___,

3    2010, at __2:30__ a.m./p.m.

4

5    Dated: _____, 2010

6                                                    Honorable Susan Illston
                                                     United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING INITIAL CMC
Case No. CV 09-04453 SI

1