1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12   TECHNOLOGY LICENSING COMPANY,        Case No. CV 09-04453 SI
     INC.,
13                                        [PROPOSED] ORDER DISMISSING
              Plaintiff,                  CLAIMS
14
15        v.

16   CURTIS INTERNATIONAL LTD.,

17            Defendant.

18   CURTIS INTERNATIONAL LTD.,

19            Counterclaimant,

20        v.

21   TECHNOLOGY LICENSING COMPANY,
     INC.,
22
              Counter-defendant.
23

24

25

26

27

28

1    Pursuant to the parties' stipulation and upon good cause shown, IT IS HEREBY

2 ORDERED that TLC's claims are dismissed with prejudice; Curtis' counterclaims are dismissed

3 with prejudice; the parties will bear their own costs and attorneys' fees; and the Court shall retain

4 jurisdiction to enforce the terms of the parties' settlement.

5 IT IS SO ORDERED.

6

7 Dated: _____, 2010

8                                          Honorable Susan Illston
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28